

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00135-CR

| | | |
|---|---|---|
| MATTHEW REGAN, Appellant | § | On Appeal from the 367th District Court |
| | § | of Denton County (F19-2862-367) |
| V. | § | February 25, 2021 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
     Justice Brian Walker